UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ESTELA ALVAREZ, | Case No.: 21cv2120-LL-DDL |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| CENTERPLATE, INC. | |
| Defendant. | **[ECF No. 30]** |

On February 17, 2023, Plaintiff Estela Alvarez ("Plaintiff") and Defendant Centerplate, Inc. ("Defendant") filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 30. Good cause appearing, the Court **GRANTS** the parties' joint motion for dismissal with prejudice. Each of the parties shall bear their own attorneys' fees and costs. The Clerk of the Court is hereby directed to close this case.

**IT IS SO ORDERED.**

Dated: February 17, 2023

_____
Honorable Linda Lopez
United States District Judge